08   0378   FILED

JAN 2 2 2008

RICHARD W. WIEKING
U.S. DISTRICT COURT

HJJ

(PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches ©,
Plaintiff

Civil No:

V.

MICHAEL SAVAGE, The Savage Nation,
Paul Revere Society,
Defendants

## Complaint
42 USC 1983, Civil Rights, Psychological

Comes now the Plaintiff, Jonathan Lee Riches ©, pro-se, Freedom Fighter, Anti-Identity thief, under 42 USC 1983. I seek 25 million dollars from Savage for lies, propaganda, and Society Fraud. Paul Revere Society extorts from the Elderly, but Paul Revere never warned me that the FBI was going to indictment. Paul Revere warned Savage to stay out of the Balco Building. Savage is after me because Janet and I are prison pen pals, I personally saw Savage delivering Rebecca to Warren Jeffs. I get persecuted from Savage on his show, Savage tells the world that he hopes I rot in solitary confinement at FCI Williamsburg. Savage plans to become the warden, and then execute me on live radio to boost his ratings. The train at the end of his show ran over me 3 times already, Savage plans to turn me into a red diaper and dump me in a L.A. Crips neighborhood. I'm not getting my meds, Savage denied me parole.

Jonathan Lee Riches ©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully,

Jonathan Lee Riches ©